# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. _____
*(S.D.N.Y. Case No. 1:24-cv-03973 AS)*

TIMOTHY LEIWEKE, an individual,

    Movant,

v.

UNITED STATES OF AMERICA,
LIVE NATION ENTERTAINMENT, INC., and
TICKETMASTER L.L.C.,

    Respondents.

_____

**DECLARATION OF SHANE P. CRAMER**
_____

I, Shane P. Cramer, declare, swear and affirm as follows:

I am over the age of 18 and have personal knowledge and information contained herein, except where stated to be based on information and belief, and as to those matters, I believe them to be true. This declaration is submitted in support of Non-Party Timothy Leiweke's Motion to Quash the Government's Non-Party Deposition Subpoena, or, in the Alternative, for a Protective Order to Stay Deposition (the "Motion") in the above-captioned matter.

    1.    I am a partner in the law firm Bryan Cave Leighton Paisner LLP ("BCLP"). Our firm represents Mr. Leiweke in connection with the above-captioned matter. We also represent Mr. Leiweke in responding to a subpoena served on him in *United States of America et al. v. Live Nation Entertainment Inc. et al.*, Civil Action No. 1:24-cv-03973

(AS) (S.D.N.Y.) (the "Underlying Litigation"), and in connection with *United States of America v. Timothy Joseph Leiweke*, Criminal Action No. 1:25-cr-00344 (ADA) (W.D. Tex.) (the "Criminal Action").

    2.    A true and correct copy of the United States of America's non-party deposition subpoena to Mr. Leiweke in the Underlying Litigation is attached to the Motion as **Exhibit A-1**.

    3.    A true and correct copy of Defendant Live Nation Entertainment, Inc. ("Live Nation") and Ticketmaster L.L.C.'s ("Ticketmaster") non-party deposition subpoena to Mr. Leiweke in the Underlying Litigation is attached to the Motion as **Exhibit A-2**.

    4.    Subsequent to receiving the DOJ Antitrust Division's subpoena in the Underlying Litigation, but before the indictment against Mr. Leiweke was returned in the Criminal Action, the parties had agreed that Mr. Leiweke's deposition would occur on July 16, 2025, at BCLP's office in Denver, Colorado.

    5.    A true and correct copy of the operative amended complaint in the Underlying Litigation is attached to the Motion as **Exhibit A-3**.

    6.    A true and correct copy of the indictment returned on Mr. Leiweke in the Criminal Action is attached to the Motion as **Exhibit A-4**.

    7.    A true and correct copy of the operative Amended Civil Case Management Plan and Scheduling Order in the Underlying Litigation is attached to the Motion as **Exhibit A-5**.

8. The indictment uses various pseudonyms to refer to certain entities and individuals referenced therein. On information and belief, the reference to "Organization-2" in the indictment refers to Live Nation; "Individual-2" refers to Michael Rapino, Chief Executive Officer of Live Nation; and "Individual-1" refers to Irving Azoff, who is Oak View Group's co-founder, a member of OVG's board of directors, and the former Chief Executive Officer of Ticketmaster and the former Executive Chairman of Live Nation.

9. On information and belief, Mr. Leiweke voluntarily met with the DOJ Antitrust Division in or around May 2024 to discuss matters related to the Underlying Litigation.

10. On information and belief, I understand that OVG produced approximately 25,000 documents in response to a document subpoena served by the DOJ Antitrust Division on OVG in the Underlying Litigation, and approximately 60,000 documents in response to the DOJ Antitrust Division's prior civil investigative demands related to its investigations into the live entertainment industry.

11. On information and belief, the DOJ Antitrust Division has deposed the following OVG representatives in the Underlying Litigation: (1) Andy Rentmeester, OVG's Senior Vice President (on July 3, 2025); (2) Peter Luuko, Co-Chairman of OVG's Stadium and Arena Alliance (on June 25, 2025); and (3) Irving Azoff, OVG's co-founder, a member of the OVG Board of Directors, former Chief Executive Officer of Ticketmaster, and former Executive Chairman of Live Nation.

12. Upon information and belief, the DOJ Antitrust Division has noted the deposition of OVG's President, Chris Granger, for July 24, 2025.

13. The indictment in the Criminal Action was unsealed on July 8, 2025. On July 11 and July 14, 2025, I conferred in good faith with counsel for the DOJ Antitrust Division regarding the relief Mr. Leiweke seeks in the Motion. The DOJ Antitrust Division indicated that it will oppose the Motion.

14. On July 11, 2025, I conferred in good faith with counsel for Live Nation and Ticketmaster, which had cross-noticed Mr. Leiweke's deposition. Counsel indicated that they do not intend to oppose the Motion.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct to the best of my knowledge and information.

Executed this 14th day of July 2025.

                                      */s/ Shane P. Cramer*
                                      Shane P. Cramer
                                      Partner
                                      Bryan Leighton Paisner LLP