IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action: 25-mc-00052-RBJ | Date: July 16, 2025 |
| Courtroom Deputy: Julie Dynes | Court Reporter: Mary George |

| *Parties* | *Counsel* |
|---|---|
| TIMOTHY LEIWEKE<br>**Plaintiff** | *Shane Cramer*<br>*Michael Hofmann* |
| v. | |
| USA<br>LIVE NATION ENTERTAINMENT INC<br>TICKETMASTER LLC<br>**Defendants** | *Alex Cohen* |

## COURTROOM MINUTES

**MOTION HEARING VIA VIDEO TELECONFERENCE**

Court in Session: 8:29 a.m.

Appearance of counsel. All participants present via video teleconference. Also present is Jenny Durkan, Lindsey Champlin, and Bonny Sweeney.

Argument given on [1] Motion to Quash Subpoena, or, in the Alternative, for a Protective Order to Stay Deposition.

**ORDERED:    [1] Motion to Quash Subpoena is DENIED.**

> **Deposition of Mr. Leiweke will be sealed from public access and may not be used for any purpose other than the prosecution of the civil case in the Southern District of New York and may not be used for any purpose in the criminal case in Texas other than for the possibility of impeachment or to root out perjury.**

Court in Recess: 9:15 a.m.          Hearing concluded.          Total time in Court: 00:46